UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KIN & COMPANY INC.,

       Plaintiff,

  -v-                                                            No.   1:21-cv-09317 (LTS)

MATTE PROJECTS LLC

       Defendant.

-------------------------------------------------------x

## Order

       Plaintiff KIN & Company Inc. ("Plaintiff") filed a complaint in this action, asserting that the Court has subject matter jurisdiction on the basis of diversity of citizenship. (Docket entry no. 1 ("Complaint") ¶ 17.)  Federal Rule of Civil Procedure 7.1 ("Rule 7.1"), as amended in 2022, provides as follows:

> In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement.  The statement must name—and identify the citizenship of—every individual or entity whose citizenship is attributed to that party or intervenor: (A) when the action is filed in or removed to federal court, and (B) when any later event occurs that could affect the court's jurisdiction under § 1332(a).

Fed. R. Civ. P. 7.1(a)(2).   Pursuant to Rule 7.1, the Court issued an order (docket entry no. 16) requiring both parties to submit disclosure statements ("7.1 Statements") as specified by the rule. Defendant Matte Projects LLC ("Defendant") filed a statement naming Matte LLC as the sole member of Matte Projects LLC, but did not identify the state citizenship of Matte Projects LLC or Matte LLC.

The Court therefore directs Defendant to file an amended 7.1 Statement, identifying the citizenship of Matte Projects LLC, and of Matte LLC, as required by Rule 7.1.

This statement shall be filed by **May 17, 2023.**

SO ORDERED.

Dated: New York, New York
      May 12, 2023

                                                  /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge